In the Matter of the Claim of EMMA MUNRO, Respondent, against L. P. HENRYSON & Co., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Submitted October 2, 1934; decided October 16, 1934.)

*Hobart R. Marvin* and *James I. Cuff* for appellants.

*John J. Bennett, Jr., Attorney-General (Henry Epstein* and *Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J.. CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.